NOT DESIGNATED FOR PUBLICATION

No. 115,287

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

STATE OF KANSAS,
*Appellee*,

v.

CHEN LI,
*Appellant*.


MEMORANDUM OPINION

Appeal from Douglas District Court; ROBERT W. FAIRCHILD, judge. Opinion filed September 23, 2016. Appeal dismissed.

Submitted for summary disposition under K.S.A. 2015 Supp. 21-6820(g) and (h).


Before PIERRON, P.J., GREEN and BUSER, JJ.


*Per Curiam*:  Chen Li moved for summary disposition of his sentencing appeal under Supreme Court Rule 7.041A (2015 Kan. Ct. R. Annot. 67). This court granted his motion for summary disposition.


Li pleaded no contest to count 1 of attempted human trafficking, a severity level four person felony, and to count 2 of promoting the sale of sexual relations, a severity level nine person felony. Under the plea agreement, the court sentenced Li to 41 months in prison and 36 months' postrelease supervision for count 1. The court sentenced Li to 6 months in prison and 12 months' postrelease supervision for count 2. The court ran the two sentences concurrently. On appeal, Li contends that the trial court erred in sentencing him.

1

Here, the trial court sentenced Li to presumptive terms of imprisonment for his two convictions. We are without jurisdiction to consider his sentencing issue on appeal. See K.S.A. 2015 Supp. 21-6820(c)(1) (Appellate courts shall not review "[a]ny sentence that is within the presumptive sentence for the crime."); K.S.A. 2015 Supp. 21-6820(c)(2) (Appellate courts shall not review "any sentence resulting from an agreement between the state and the defendant which the sentencing court approves on the record."); see also *State v. Huerta*, 291 Kan. 831, 837, 247 P.3d 1043 (2011) (reaffirming that K.S.A. 21-4721[c][1] eliminates appeals of presumptive sentences).

Dismissed under Rule 7.041A.